UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Marguerite Gray,

    Plaintiff,

v.                                                        Case No. 20-10099

Commissioner of Social Security,         Sean F. Cox
                                                                 United States District Court Judge

    Defendant.

_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

This Social Security Disability Insurance benefits case was referred to Magistrate Judge David R. Grand for issuance of a Report and Recommendation of dispositive matters pursuant to U.S.C. § 636(b)(1)(B).

In a Report and Recommendation ("R&R") (ECF No. 21) issued on January 11, 2021, the magistrate judge recommends that the Court grant Defendant's motion for summary judgment (ECF No. 19) and deny Plaintiff's motion for summary judgment (ECF No. 16). The magistrate judge also recommends that the Court affirm the administrative law judge's decision, pursuant to sentence four of 42 U.S.C. §405(g). (ECF No. 21).

The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed.

Therefore, the Court hereby ADOPTS the January 11, 2021 Report and Recommendation and GRANTS Defendant's motion for summary judgment (ECF No. 19) and DENIES Plaintiff's motion for summary judgement (ECF No. 16).

IT IS SO ORDERED.

                    <u>s/Sean F. Cox</u>
                    Sean F. Cox
                    United States District Judge

Dated:  January 28, 2021